## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JAMES VUCINICH and**
**SANDRA TIPPIN-VUCINICH,**

    Plaintiffs,

v.                                Case No. 8:10-cv-2368-T-30TBM

**TIMOTHY BAUGH and FLEETWOOD**
**TRANSPORTATION SERVICES, INC.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. An identical case to the instant cause was filed (8:10-cv-2367-T-33TGW) on October 21, 2010. The lower-numbered case should remain open. This instant cause should be closed and the $350.00 filing fee should be refunded by the Clerk to Defendants' attorney, Warren T. McCollum.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to CLOSE this case and terminate any pending motions.

2. The Clerk is directed to refund the $350.00 filing fee to Defendants' attorney, Warren T. McCollum.

**DONE** and **ORDERED** in Tampa, Florida on October 25, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2368.dismiss.frm